USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/07



**MEMO ENDORSED**

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MICHAEL A. CARDOZO
*Corporation Counsel*

JOHANA V. CASTRO
Assistant Corporation Counsel
phone: (212) 788-0976
fax: (212) 788-9776
email: jcastro@law.nyc.gov

June 25, 2007

BY HAND
Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re: Afam Uzoukwu v. City of New York et al., 07 CV 4762 (KMK)

Dear Judge Karas:

      I am the Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York assigned to the above-referenced case. I am writing with the consent of plaintiff's counsel, David B. Krauss, Esq. to respectfully request a sixty-day enlargement of time, from June 25, 2007 to August 24, 2007 within which the City may answer or otherwise respond to the complaint. This is the City's first request for an enlargement of time in this action.

      The complaint alleges, inter alia, that plaintiff Afam Uzoukwu was falsely arrested, imprisoned, strip searched, subjected to excessive force, denied medical treatment and was maliciously prosecuted. Before this office can adequately respond to the complaint, we will need to conduct an investigation into the facts of the case. The enlargement of time will afford us the opportunity to investigate the matter.

      In view of the foregoing, it is respectfully requested that the Court grant the within request extending the City's time to answer or otherwise respond to the complaint until August 24, 2007.

Thank you for your consideration in this regard.

> Respectfully submitted,
>
> *Johana Castro (JC 1809)*
> Assistant Corporation Counsel
> Special Federal Litigation Division

cc:  BY FAX
(212) 406-3677
David B. Krauss, Esq.
Attorney for Plaintiff
111 John Street, Suite 800
New York, NY 10038

*Defendant NYC is given until August 24, 2007 to answer or otherwise respond to the Complaint.*

*SO ORDERED*

*KENNETH M. KARAS, U.S.D.J.*
*6/26/07*

2