```
                                                USDS SDNY
                                                DOCUMENT
                                                ELECTRONICALLY FILED
                                                DOC #: _____
                                                DATE FILED: 12/12/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**AFAM UZOUKWU,**

              **Plaintiff.**

-v-

**THE CITY OF NEW YORK, ET AL**

              **Defendants.**

Case No. 07-CV-04762 (RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

    The above entitled action is referred to Magistrate Judge Francis on for the following purpose(s):

| | |
|---|---|
| ___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| | Purpose:_____ |
|    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ___ Habeas Corpus |
| _x_ Settlement* -the parties request a conference at the end of February, 2008. | ___ Social Security |
| ___ Inquest After Default/Damages Hearing | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |
| | Particular Motion:_____ _____ |
| | All such motions: ____ |

* Do not check if already referred for general pretrial.
**SO ORDERED.**
DATED:   New York, New York
              Dec. 12, 2007

                                                      RICHARD J. SULLIVAN
                                                      United States District Judge